IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-13-F

| | |
|---|---|
| FRANK DISALVO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTELLICORP RECORDS, INC., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Before the court is the parties' Joint Motion to Stay all Proceedings [DE 19] pending the United States Supreme Court's decision in *Spokeo, Inc. v. Robins*. The Supreme Court issued its decision on May 16, 2016. *See Spokeo, Inc. v. Robins*, No. 13-1339, 2016 U.S. LEXIS 3046, 2016 WL 2842447 (May 16, 2016). Accordingly, the motion is denied as MOOT. Defendant shall file its responsive pleading no later than May 31, 2016.

SO ORDERED.

This the 17th day of May, 2016.

*/s/ James C. Fox*

**JAMES C. FOX**
Senior United States District Judge