IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-cv-00013-F

| | |
|---|---|
| FRANK DISALVO, )<br>on behalf of himself and )<br>all others similarly situated, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>INTELLICORP RECORDS, INC., )<br> )<br>Defendant. )<br> )<br> ) | NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLAINTIFF FRANK DISALVO, by his attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), hereby dismisses this action *without prejudice*.

Respectfully submitted this 26th day of May, 2016,

By: /s/ Andrew L. Weiner
Andrew L. Weiner
THE WEINER LAW FIRM LLC
3525 Piedmont Road
7 Piedmont Center, 3rd Floor
Atlanta, Georgia 30305
Telephone: (404) 205-5029
Facsimile: (866) 800-1482
aw@atlantaemployeelawyer.com

John S. Arrowood
NC State Bar No. 10229
JAMES MCELROY & DIEHL P.A.
600 South College Street
Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9870

Facsimile: (704) 350-9303
jarrowood@jmdlaw.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-cv-00013-F

| | |
|---|---|
| FRANK DISALVO, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| INTELLICORP RECORDS, INC., | ) ) |
| Defendant. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, I electronically filed Plaintiff's Notice of Dismissal Without Prejudice with the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

/s/ Andrew L. Weiner
Andrew L. Weiner